# IN UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON



FILED
12 OCT 17 PH 2: C
SHARON L. OVINGTO
UNITED STATES
MAGISTRATE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| -vs- | : | Case No. 3:09CR098SLO |
| Miranda Richardson | : | |
| Defendant, | : | Magistrate Judge Sharon L. Ovington |

---

## DISMISSAL ORDER

---

Defendant having complied with the terms of pre-judgment probation on which she was placed by this Court, it is hereby ORDERED that pre-judgment probation be terminated and the Information herein be dismissed with prejudice and the Defendant discharged from responding further thereto.

October 17, 2012

_____
Sharon L. Ovington
United States Magistrate Judge